**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6769**

_____

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

    v.

JEREMY KISER,

         Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., Senior District Judge. (2:06-cr-00151-1)

_____

Submitted: December 20, 2022                     Decided: December 27, 2022

_____

Before NIEMEYER and QUATTLEBAUM Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeremy Kiser, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Kiser appeals the district court's order denying his postjudgment motions in his closed criminal case to appoint counsel, for transcripts, and for medical records.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *United States v. Kiser*, No. 2:06-cr-00151-1 (S.D.W. Va. June 30, 2022).  We deny all pending motions.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*